UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLIFTON,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CURRY, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-02149-JDP-P<br><br>FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>ECF No. 2<br><br>OBJECTIONS DUE WITHIN 14 DAYS<br><br>ORDER TO ASSIGN CASE TO DISTRICT JUDGE |

      Plaintiff is a state prisoner proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983. He has filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2.

      Plaintiff's application and prisoner trust fund account statement indicate that plaintiff has, as of October 19, 2020, an available balance of $11,830.18. ECF Nos. 2, 6. District courts have discretion to decide whether to grant IFP status. *See Calif. Men's Colony v. Rowland*, 939 F.2d 854, 858 (9th Cir. 1991) ("Section 1915 typically requires the reviewing court to exercise its sound discretion in determining whether the affiant has satisfied the statute's requirement of

1

indigency"), *rev'd on other grounds*, 506 U.S. 194 (1993).  To qualify for IFP status, an applicant must show that he "cannot because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).  Here, plaintiff's basic needs are provided by the State, and his available funds—which exceed $11,800—are more than adequate to cover the filing fee for this action.

Accordingly, it is ORDERED that the clerk of court shall randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that:

1.  Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be denied;

2.  Plaintiff be ordered to pay the $400 filing fee within twenty-one days; and

3.  If plaintiff fails to pay the $400 filing fee within twenty-one days of any order adopting these findings and recommendations, all pending motions be terminated and this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  November 4, 2020

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE