UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLIFTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. CURRY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-02149-JAM-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PAY THE FILING FEE<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　On December 8, 2020, the court denied plaintiff's application to proceed *in forma pauperis* and ordered plaintiff to pay the $400 filing fee within twenty-one days. ECF No. 9. Plaintiff was warned that failure to timely pay the filing fee would result in this action being dismissed without prejudice. To date, plaintiff has not submitted the required filing fee.

　　　　Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice for failure to pay the $400 filing fee.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days of service of the objections. The parties are advised that

failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: __April 8, 2021__                     _____
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE